ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
    United States Courthouse
    312 North Spring Street, 14th Floor
    Los Angeles, California 90012
    Telephone:  (213) 894-5710
    Facsimile:  (213) 894-7177
    E-Mail:  Frank.Kortum@usdoj.gov

JS-6

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>$229,800.00 IN U.S. CURRENCY, ONE 2010 CHEVROLET CAMARO SS, ONE 2007 MERCEDES-BENZ S CLASS S550, ONE 2007 CHEVROLET TAHOE LS, AND ONE 2006 MERCEDES-BENZ R CLASS R350,<br><br>    Defendants.<br><br>KEVIN LOTT, JULIE LOTT, AND LAQUILIA LOTT,<br><br>    Claimants. | No.: CV 13-04882-R(PJWx)<br><br>**CONSENT JUDGMENT** |

This civil forfeiture action was commenced on July 8, 2013. Claimants Kevin Lott, Julie Lott, and Laquilia Lott ("Claimants") filed claims on August 28, 2013 and answers on September 6, 2013.  No other claims or answers were filed, and time for filing claims and answers has expired.  Plaintiff and Claimants have made a stipulated request for the entry of this consent judgment of forfeiture resolving all claims concerning the defendants $229,800 in U.S. currency (Asset ID Nos. 13-DEA-574610 and 13-DEA-574612), 2010 Chevrolet Camaro SS (Asset ID No. 13-DEA-574620), 2007 Mercedes-Benz S Class S550 (Asset ID. No 13-DEA-574628), 2006 Mercedes-Benz R Class R350 (Asset ID No. 13-DEA-574627), and 2007 Chevrolet Tahoe LS (Asset ID No. 13-DEA-574632).

The Court has been duly advised of and has considered the matter.  Based upon the mutual consent of the parties hereto and good cause appearing therefor, the Court hereby **ORDERS, ADJUDGES AND DECREES** that $219,800 of the defendant U.S. currency (Asset ID Nos. 13-DEA-574610 and 13-DEA-574612) and all interest earned on the entirety of the defendant currency since seizure, is hereby forfeited to the United States, and no other right, title or interest shall exist therein.  The remaining portion of the defendant currency ($10,000.00), without interest, shall be returned to Claimant Julie Lott through her counsel.  Claimant shall provide her social security or taxpayer identification number to the government upon request, as well as the wire transfer information needed to make the payment electronically.

The following vehicles shall be forfeited to the United States: 2010 Chevrolet Camaro SS (Asset ID No. 13-DEA-574620);

1  2007 Mercedes-Benz S Class S550 (Asset ID. No 13-DEA-574628);
2  and 2006 Mercedes-Benz R Class R350 (Asset ID No. 13-DEA-
3  574627).
4      The 2007 Chevrolet Tahoe LS (Asset ID No. 13-DEA-574632)
5  shall be returned to claimant Julie Lott, arrangements to be
6  made through her counsel.
7      The Court finds that there was reasonable cause for the
8  seizure of the defendant assets and the institution of this
9  action.  This consent judgment shall be construed as a
10 certificate of reasonable cause pursuant to 28 U.S.C. § 2465.
11 Each of the parties shall bear its own fees and costs in
12 connection with the seizure, retention and return of the
13 defendant assets.
14 DATED: February 19, 2014

16                              THE HONORABLE MANUEL L. REAL
                                UNITED STATES DISTRICT JUDGE
17 Presented by:

19 ANDRÉ BIROTTE JR.
20 United States Attorney
   ROBERT E. DUGDALE
21 Assistant United States Attorney
   Chief, Criminal Division
22 STEVEN R. WELK
23 Assistant United States Attorney
   Chief, Asset Forfeiture Section

25     /s/ Frank D. Kortum
26 FRANK D. KORTUM
   Assistant United States Attorney
27
28 Attorney for Plaintiff
   UNITED STATES OF AMERICA

3